CASE NUMBER_____

IMPORTANT NOTICE – READ CAREFULLY

IN ALL MATTERS IN THE COUNTY COURT WHERE THE FULES OF SUMMARY PROCEDURES ARE APPLICABLE, IT IS EXPECTED THAT THE DEFENDANT OR DEFENDANTS WILL FILE ANSWERS TO THE STATEMENT OF CLAIM. THE INITIAL APPEARANCE SHALL BE FOR A PRETRIAL CONFERENCE. AT THE PRETRIAL CONFERENCE ALL MATTERS SPECIFIED IN RULE 1.200 OF THE FLORIDA RULES OF CIVIL PROCEDURE SHALL BE CONSIDERED.

THE FILING OF A DEFENSIVE PLEADING OR OTHER PAPERS SHALL NOT EXCUSE THE PERSONAL APPEARANCE OF A PARTY OR HIS/HER ATTORNEY ON THE INITIAL APPEARANCE DATE.

IF YOU INTEND TO HAVE AN ATTORNEY DEFEND YOU, PLEASE DELIVER THIS NOTICE TO HIM/HER AT ONCE. IF YOU HAVE ANY QUESTIONS, CALL THE CIVIL DIVISION OF THE COUNTY CLERK'S OFFICE AT THE ADDRESS SHOWN ON THE ATTACHED SUMMONS (NOTICE OF PRETRIAL HEARING).

STATE YOUR DEFENSE AND, IF YOU ARE FILING ONE, COUNTERSUIT HERE. ATTACH ADDITIONAL SHEETS, IF NEEDED

```
FILED BY_____D.C.
MAY 0 1 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

I HEREBY CERTIFY THAT I FILED THIS NOTICE IN THE OFFICE OF THE CLERK OF THE COUNTY COURT AND SENT A COPY OF THE SAME TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY AT _____.

FILE ALL PLEADINGS:

_____
DEFENDANT OR ATTORNEY

COUNTY COURT – CIVIL DIVISION
201 S.E. 6TH STREET, ROOM 120       _____
FORT LAUDERDALE, FL. 33301-3303          ADDRESS

_____
CITY, STATE, ZIP CODE, PHONE NO.

Your complaint must be legibly handwritten or typewritten. The Plaintiff or Plaintiffs must sign and swear to the complaint. If you need additional space to answer a question, you may use the reverse side of this form or an additional blank page.

Your complaint can be brought in this court only if one or more of the named Defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

In order for this complaint to be filed, it must be accompanied by the filing fee of $120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in Forma Pauparis. Two blank petitions for this purpose are included in this packet. One copy should be filed with your complaint; the other copy is for your records. After filling in the petition, you must have it notarized by a notary public or other official authorized to administer an oath.

You will note that you are required to give facts. THE COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and two copies to the Clerk of the United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. Previous Lawsuits
   A. Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   YES (✓)   NO ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.

   1. Parties to this previous lawsuit:

      Plaintiffs: James Green

      Defendants: Chief Judge Micheal Kaplan, Judge Barbara Duffy, Judge Tim Bailey, Judge Raag Singhaul
      Do not allow him to preside over my case to avoid conflict of interest

2. Court (if Federal court, name and district; if State court, name the county): Broward County / Southern District Court of Florida
3. Docket number: ?
4. Name of judge to whom case was assigned: ?
5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending
6. Approximate date of filing lawsuit: August 2019
7. Approximate date of disposition: still pending

II. Place of present confinement: Broward County Main Jail
   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (✓) No ( )
   C. If your answer is YES:
      1. What steps did you take? ① On 2/6/2020 I submitted grievance #1262363: Physical Abuse: I wrote I was placed in the psych observation unit cell #5 where I was beaten up everyday by deputy Brown from 1/24-1/27/20. A camera in cell #5 should've recorded everything. Dr. little Brown then lied & said I battered him & gave me a DR. ② I was not able to grieve def deputy Fawaz
      2. What was the result? ① Re: grievance #1262363: Physical Abuse: I last checked the kiosk on 4/2/20 & it said the grievance was forwarded to Sgt Jones. They replied to the grievance on 4/2/20 nearly 2 months after it was submitted but they did nothing about it.
      3. If your answer is NO, explain why not: it was a victim of a stop and frisk
Re: Defendant deputy Fawaz the reason I am not able to grieve it is because deputies refuse to open up the grievance when I ask them permission to grieve it. Also I have not been able to come out of my cell for 4 days because of deputy Fawaz room restriction punishment on me.

III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff James Green arrest # 222000068

   Address Main Jail Bureau, PO Box 9356, Ft Lauderdale FL 33310

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant  Sgt Jones # 15583
   Is employed as  Broward Sheriff Sargent
   at  Main Jail, 555 SE 1st Ave, Ft Lauderdale, FL 33301

C. Additional
   Defendants:  Deputy Fawaz
   Employed as: Broward Sheriff Officer
   at: Main Jail, 555 SE 1st Ave, Ft. Lauderdale, Fl 33301

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as many spaces as you need. Attach extra sheet if necessary.)

Re: Defendant Sgt. Jones

① Between 1/24/20 - 1/27/20 plaintiff James Green was placed in suicide watch/psych observation in the Main Jail of Broward County. I was in the infirmary unit 3-5 when deputy Brown throughout the day came into my cell & brutally beat me up using unnecessary excessive force for no warranted reason. From 1/24/20 - 1/27/20 deputy Brown came into my cell & would punch me in my face, knock me in my head, slab me & ack me violently. Deputy Brown also denied me my necessary 3 meals a day, drinking water, & water for hygiene during this time. There was a camera placed in my cell that can verify all of this. One day deputy Brown came inside my cell & hit me so hard that my forehead swelled past the size of a human fist. On 1/27/20 deputy Brown decided after all these days of not feeding me to finally give me my lunch meal. Deputy Brown opened my cell door, took my lunch meal out of a tray and wrapped it in plastic. Deputy Brown then purposely dropped an apple on the floor so I could pick it up, which I did. Deputy Brown then stretched out his hand with my food wrapped in the plastic, inticing me to reach out & take the food. When I reached for the food deputy Brown grabbed my hand, pushed me on the bed & started to punch me some more. He then pushed me on the floor & started hitting me. I was so weak & confused from not eating in days that I did not know what was going on. At no time was I ever aggressive, resistant, or combative, when deputy Brown ordered me to be placed in handcuffs I immediately complied without any hesitation. Deputy Brown then laughed & told me that he's been doing this for years and now I have no proof that he ever beat me up. Deputy Brown then wrote me a 'DR' disciplinary report accusing me of battery, conduct which disrupts, refusing to obey. It is apparent that deputy Brown did this to conceal the fact that he had been beating me up for days & he needed to justify my facial injuries & swelling by claiming in the 'DR' he wrote that he had to use force to restrain me.

①a) Defendant Sgt Jones #15583 was the chairperson of the disciplinary committee that found me guilty of the 'DR'. I have a copy of the disciplinary committee action sheet which states on 2/2/20 I was found guilty as charged based on the camera being reviewed. Defendant Sgt Jones showed prejudice and was biased in favor of his co-worker. The footage from the camera will clearly show that I never battered Deputy Brown as he claimed, but infact, it would show on 1/27/20 that deputy Bown again battered me & staged the whole scene. The footage would also show deputy Brown not feeding me for days & beating me up unwarranted from 1/24/20 to 1/27/20. The footage would also clearly show how swollen my head was prior to the whole incident of deputy Brown claiming he had to use force to restrain me. Why did Sgt Jones neglect to question my injuries prior to 1/27/20? BSO now needs to produce the footage from the camera so it can be reviewed by unbiased witnesses so they can see the truth for themselves. If I truly battered an officer I'm sure they would've given me an add charge of battery on a LEO (law enforcement officer) so I could be prosecuted in a court of law. I know exactly what happened, that is why I am confident in my claim. Defendant Sgt Jones' blatent biased decision toward his deputy Brown found me guilty of the 'DR' & I was punished with 30 days of lockdown in confinement with loss of all privileges. Defendant Sgt Jones acted under color of state & local law.

② Re defendant deputy Fawaz- In the beginning of April 2020 defendant deputy Fawaz came in my unit coughing & tells us everyone...

- PLEASE SEE ATTACHED -

## IV. Statement of Claim

(2) ... in the unit that he tested positive for COVID 19 but then he says he was only joking. I have been placed in a solitary confinement cell since 1/24/20 so I have had minimal exposure to people. If I was to be exposed to COVID 19 it would most likely be from an officer not an inmate as I am almost never around any inmates. I know that I have been in isolation for months but I do not know about officers or staff here at the Main Jail. From the start of April 2020 I have seen every staff member, nurses, officers, deputies & sargeants all wear protective masks at all times while in my unit 8B4-2, except for this one deputy, defendant Deputy Fawaz that refuses to wear a mask in the unit. He may wear a mask sometimes when he is around other officers or nurses in the unit but whenever he comes in the unit by himself he does not wear a mask. I am not concerned about the officer's or staff members safety here in the Main Jail, I am concerned about my safety. BSO staff wearing masks should not be an option as their health does not matter to me, rather my health & safety is my top priority as a prisoner & inmate of Broward Sheriff office. On 4/4/20, 4/5/20, and 4/7/20 I asked deputy Fawaz why he doesn't wear a mask when everyone else does. He comes close to my cell & speaks in a low voice so I can come near him & tells me that he doesn't have to. I advised him that it is for my safety not his as I am a prisoner of BSO & I'm forced to be here. I should not have to be placed at risk contracting COVID 19 from a deputy that refuses to wear a mask when everyone else is doing it, it's not for fun but for safety as this is a life and death situation. He starts laughing and coughing in my face on purpose like it's funny. He sounds as though he really is sick or he has a cold. The camera in the unit can verify what I am saying.

(2a) On 4/5/20 I requested verbally to him that he wear a mask like everyone else when coming around my cell, because I see that he has a mask, but he refused to do it. Instead Defendant deputy Fawaz placed me on room restriction, punishing me by not allowing me to come out of my cell during his shift for 4 days. He accused me of threatening him but I did not threaten him, it is rather he who is threatening me by refusing to wear a protective mask when coming in front of my cell talking to me & coughing. The camera in my unit can verify how he comes right to the entrance of my cell door several times a day trying to talk to me while coughing without a mask. This is a deadly situation I a. forced to be in. Now I need to be tested for COVID 19. I placed a medical request on 4/7/20 asking to be tested. On 4/ I saw a special report on the news with BSO Sheriff Gregory Tony commending himself on how many thousands of masks he has distributed to his officers but defendant deputy Fawaz refuses to wear one as if COVID 19 is a joke. It is totally unfair & should be illegal for me to be a prisoner of BSO and then I am forced to be exposed to an officer who refuses to wear a mask so I can be protected from contracting this deadly COVID 19 virus. Defendant deputy Fawaz acted under

IV. Statement of Claim

(2a)... color of state and local law.

V. Relief

② ... Defendant deputy Fawaz may not take COVID 19 seriously he should not force me as an inmate to suffer the consequences. The mask isn't for his protection but it should be for mine as I have no choice but to be an inmate in the Broward County Main jail for the present moment, and to be exposed to officers. I am also requesting $10,000,000 in ~~punitive~~ (10 million dollars) in punitive damages from defendant deputy Fawaz for his negligent indifference after I asked him on several occasions on different days to put on the mask that he has, like everyone else does. It is cruel & unusual punishment for him to have a mask but refuse to wear it & then laugh about it like it's funny while coughing in my face. I am also requesting an additional $1,000,000 (1 million dollars) from deputy Fawaz in punitive damages for him punishing me when I requested for him to wear the mask that he has, by giving me room restriction where I am not allowed to come out of my cell for 4 days. In total I am requesting $16,000,000 (16 million dollars) from defendant deputy Fawaz. The total monetary damages I am requesting is $26,000,000 (26 million dollars) from both defendants.

V.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

① Re: Defendant Sgt Jones - I am requesting $10,000,000 ~~$1,000,000~~ (10 million dollars) in compensatory damages for defendant Sgt Jones prejudice & biased decision in favor of his co-worker Deputy Brown, in finding me guilty of battery on deputy Brown. Too many times inmates like myself do not have any fair representation during DR hearings & it is unjust for co-workers to judge DR's because it is an outright conflict of interest. By Sgt Jones' blatent unjust misjudgement I had to serve 30 days of confinement with loss of all privileges. I was unable to use the phone, to have visits, to receive commisary, to ~~shower~~ shave & only allowed to come out of my cell for one hour out of the day. This has left me psychologically damaged requiring counceling & therapy, because of defendant Sgt Jones false judgement claiming he reviewed the camera which resulted in his guilty verdict. I am also requesting a copy of the footage from the camera from 1/24/20 to 1/27/20 for my records.

② Re: Defendant deputy Fawaz - I am requesting $5,000,000 (5 million dollars) in compensatory damages for his refusal to wear a safety mask all the other BSO staff members that enter unit 8B4. COVID 19 is a matter of life & death & it has killed many people worldwide. Just because...

— PLEASE SEE ATTACHED —

Signed this __4 7__ day of __April__, 20__20__

_____
(Signature of plaintiff or plaintiffs)

VERIFICATION

State of _____)

County of _____)

Duly sworn, under oath, says: that he is the plaintiff in this action and knows the content of the above complaint; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

_____
(Signature of affiant-plaintiff)

James Green 22200...68
Main Jail 8B-4-2
PO Box 9356
Ft. Lauderdale FL 33310

FIRST CLASS

Royal Palm P&DC 330
TUE 21 APR 2020

USPS INSPECTED

Clerk of the United States District Court
for the Southern District of Florida
301 North Miami Avenue, ~~Miami, FL~~
Miami, Florida 33128-7788